1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CASEY HEDRICK,

11            Plaintiff,                      No. CIV S-05-1021 FCD KJM P

12        vs.

13   SHASTA COUNTY PUBLIC DEFENDER
     COLIN McKIBBIN, et al.,

14
              Defendants.                    FINDINGS AND RECOMMENDATIONS

15   _____/

16            On May 27, 2005, plaintiff was ordered to file an in forma pauperis affidavit or

17   pay the appropriate filing fee for this action within thirty days.  The order was returned to the

18   court by the U. S. Postal Service as undeliverable on June 6, 2005.  Under Local Rule 83-183,

19   plaintiff must keep the court and opposing parties apprised of his current address.  Because mail

20   directed to plaintiff was returned by the U.S. Postal Service, and plaintiff failed to notify the

21   court and opposing parties within sixty days thereafter of his current address, the court will

22   recommend that this action be dismissed for failure to prosecute.  See id.

23            Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

24   without prejudice.

25            These findings and recommendations are submitted to the United States District

26   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

                                             1

1    days after being served with these findings and recommendations, any party may file written

2    objections with the court and serve a copy on all parties.  Such a document should be captioned

3    "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

4    shall be served and filed within ten days after service of the objections.  The parties are advised

5    that failure to file objections within the specified time may waive the right to appeal the District

6    Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

7    DATED:  October 20, 2005.

8

9    _____
     UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14   1/kf
     hedr1021.fifp

15

16

17

18

19

20

21

22

23

24

25

26